**PAUL WILLIAM RAYMOND** (Bar No. 108568)
Attorney at Law
1001 Dove Street, Suite 260
Newport Beach, CA  92660-2885
(949)476-2197
(949)955-2886   facsimile
E-Mail: raymondlaw@earthlink.net

Attorney for Defendant,
Daniel William Porter

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00182-MMD-CWH |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER ON STIPULATION TO CONTINUE DEFENDANT DANIEL PORTER'S SELF-SURRENDER DATE** |
| vs. | |
| DANIEL WILLIAM PORTER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Katherine L. Wong, Assistant United States Attorney, Eastern District of Virginia, and Paul William Raymond, counsel for Defendant Daniel William Porter ("PORTER"), that the self-surrender date of PORTER currently set for July 10, 2015, be continued for sixty (60) days to September 8, 2015.

This Stipulation is entered into for the following reasons:

1. Defendant PORTER has a history of medical issues, including cancer.  This was addressed in the Presentence Investigation Report.

2. In arranging his affairs from the date of sentencing (April 9, 2015) to the present date, PORTER has undergone various medical testing.  Doctor Loa issued a statement on June 30 2015, indicating that PORTER was referred to a pulmonary specialist, Dr. Gene Hong due to an abnormal x-ray.  He was also referred to a dermatologist at Pacific Dermatology for consultation

-1-

due to his previous history of melanoma. Recent biopsies have come back "abnormal" with additional biopsies scheduled for July.

3. Dr. Loa also stated that there were delays in obtaining dermatology care due to a lack of doctors through PORTER's insurance. Dr. Loa recommends that PORTER finish his medical checkups before incarceration.

4. PORTER also has some dental work scheduled in July, but that is not as important or urgent as the melanoma concerns.

5. The additional time requested is not sought for the purpose of delay but merely to allow PORTER to seek appropriate medicare care and treatment.

6. Counsel for PORTER has communicated with Katherine L. Wong, AUSA, and based on the representations regarding PORTER's medical condition, and the agreement not to seek any further extensions, the Government has agreed not to oppose.

This is the first request and no further extensions will be sought.

Dated this 2nd day of July, 2015.

Dated: July 2, 2015                              PAUL WILLIAM RAYMOND
                                                 Counsel for Defendant
                                                 DANIEL WILLIAM PORTER

                                                 By:  */s/ Paul William Raymond*

Dated: July 2, 2015                              By:  */s/ Katherine L. Wong*
                                                 Katherine L. Wong, Esq.
                                                 Attorney for United States
                                                 Department of Justice

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

UNITED STATES OF AMERICA,   )   2:11-CR-00182-MMD-CWH
                            )
         Plaintiff,         )   **ORDER**
                            )
    vs.                     )
                            )
DANIEL WILLIAM PORTER,      )
                            )
         Defendant.         )
                            )
_____ )

Based on the pending Stipulation of Counsel, and good cause appearing,

IT IS THEREFORE ORDERED, that the deadline for Defendant Daniel William Porter to self-surrender, be continued to September 8, 2015.

Dated this  6th  day of July, 2015.

_____
United States District Judge

-3-

# CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that a copy of the foregoing PROPOSED ORDER ON STIPULATION TO CONTINUE DEFENDANT DANIEL PORTER'S SELF-SURRENDER DATE was served on all parties named below by electronic service (ECF) on July 2, 2015:

Daniel G. Bogden
United States Attorney
Nicholas D. Dickinson
United States Attorney
333 Las Vegas Blvd. South
Las Vegas, NV 89101

United States Department of Justice
Katherine Wong
Assistant United States Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

John R. Lusk
Attorney at Law
517 S. Third Street
Las Vegas, NV 89101

*Local counsel for Daniel William Porter*

    */s/ Paul Wiliam Raymond*
PAUL WILLIAM RAYMOND
Attorney for Defendant
DANIEL WILLIAM PORTER